**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0431

Stevens Construction & Design, L.L.C.

- - Versus - -

St. Tammany Fire Protection District No. 1

22nd Judicial District Court
Case #: 201814143
St. Tammany Parish

On Application for Rehearing filed on 01/30/2020 by Stevens Construction & Design, LLC

Rehearing _Denied_ .

_____

Vanessa Guidry Whipple

John Michael Guidry

J. Michael McDonald _by TMH_

Page McClendon

Jewel E. "Duke" Welch,

Toni Manning Higginbotham

William J. Crain _by TMH_

Mitchell R. Theriot _by TMH_

Guy Holdridge _by TMH_

Wayne Ray Chutz/by PPE
Wayne Ray Chutz

Allison H. Penzato by TMH
Allison H. Penzato

Walter I. Lanier by TMH
Walter I. Lanier, III

Date JUL 0 6 2020

Peggy J. Landry
Rodd Naquin, Clerk